CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ALEXIS JAMES (NYBN 5603865)
NICHOLAS M. PARKER (CABN 297860)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7134
Alexis.James@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IGOR D'IU<br><br>Defendant. | NO.: 26-MJ-71410 MAG<br><br>MOTION TO UNSEAL AND [PROPOSED[ ORDER<br><br>**UNDER SEAL** |

The United States, by and through its counsel, Assistant United States Attorney Alexis James, moves this Court for an order unsealing the above-referenced case in entirety. The defendant has been arrested, is in federal custody, and as of November 17, 2026, is currently under federal indictment. Additionally, the government has provided notice to the consular officer from the defendant's country of nationality that the defendant has been arrested. Further disclosure of the case is no longer likely to jeopardize the investigation or impending arrests.

//

//

//

Accordingly, the United States requests that the Court unseal the entire case.

DATED: November 17, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
Alexis James
Assistant United States Attorney